AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  4-13-71520-MAG |
| Aneal Rajan Bains | ) | |
| | ) | Charging District:  Middle District of Alabama, Montgomery |
| | ) | |
| *Defendant* | ) | Charging District's Case No.  3:13cr103-MHT |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Frank M. Johnson U.S. Courthouse<br>U.S. District Court, Middle District of Alabama<br>1 Church Street<br>Montgomery, AL 36104 | Courtroom No.: before Mag. Judge Wallace Capel Jr. |
|---|---|---|
| | | Date and Time: December 23, 2013 at 9:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/10/13

*Judge's signature*

DONNA M. RYU, U.S. Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Pretrial Services, Chanbers of Mag. Judge Wallace Capel Jr.